IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

RICHARD JEREL DOYLE                                              PETITIONER
Reg #76156-061

v.                          No. 2:23-cv-47-DPM

JOHN P. YATES, Warden,
FCI-Forrest City Correctional Complex                            RESPONDENT

## ORDER

Unopposed recommendation, *Doc. 13*, adopted. Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes). Doyle's § 2241 petition, *Doc. 1*, is denied as moot.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

16 June 2023