IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

RICHARD JEREL DOYLE                                              PETITIONER
Reg #76156-061

v.                          No. 2:23-cv-47-DPM

JOHN P. YATES, Warden,
FCI-Forrest City Correctional Complex                        RESPONDENT

## JUDGMENT

Doyle's § 2254 petition is dismissed.

_____
D.P. Marshall Jr.
United States District Judge

16 June 2023